UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DONALD ASHLEY, JR.** | **CIVIL ACTION NO. 24-cv-00922-P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **T. PLAYER** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 8] previously filed herein, after an independent review of the record, noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**MONROE, LOUISIANA**, on this 18th day of November 2024.

_____
**JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**